# EXHIBIT I

Schlemmer 1704
DEPOSITION
EXHIBIT
4/26/01 C.J.

PAGE 01                          CHECK LIST (CK)                      SPEC CLM SERV N
INSD BLACK & DECKER                DOL 07/01/1978 CLAIM NO P 033-138105-01 REG
CLMT SHADDOX,HENRY LEE                               CLAIM STATUS O

| SV NO | CH/EFT NO | PAYEE | PYMT AMT | ISSUE DATE | Cashed T/C ST | PR ST | RV ST | R/lie R/R ST | ID | Index |
|-------|-----------|-------|----------|------------|------|------|------|------|------|------|
| 004 | 03644258 | ESIS INC | 66912.96 | 02/22/1994 | 3-08-94 | 00 | 16202 | C001C57 | 9407001 | |
| 003 | 03135430 | ESIS | 59305.05 | 07/30/1993 | 8-10-93 | 00 | 1025 | C001D27 | 9322501 | |
| 002 | 02827227 | ESIS INC | 31996.03 | 04/02/1993 | 4-6-93 | 00 | 06581 | C001D27 | 9315401 | |

SKIP TO DATE

                                   ENTER    SV NO            AND :
SP      CMSP      R+C     CMR+C   STATUS         STOP PRINT        DISPLAY      CORR MENU
R/R ST  MESSAGE

SCREEN              SUFFIX                      REMARKS Y                ID C033B75

⑈56458998⑈ ⑆011000190⑆100 8161⑈89          ⑈0001500000⑈

| CHECK NUMBER | OFFICE NO. | | B. CODE | 5-39/110 |
|---|---|---|---|---|
| 02827227 | 585 | LIBERTY MUTUAL | 280 | |

Liberty Mutual
Insurance Group/Boston
PAYMENT IDENTIFICATION

| DATE OF CHECK | | PAY ► $31996.03** |
|---|---|---|
| 04/02/93 | P 585-015539-01 | VOID IF NOT PRESENTED WITHIN 6 MONTHS OF DATE OF CHECK |

PAY TO THE
ORDER OF

ESIS INC
SUITE 400 PO BOX 18
COLUMBIA, MD 21045

*E J Williams*

BANK OF BOSTON 210 BERKELEY ST BOSTON MA 02116          NOT VALID IN EXCESS OF $150,000

⑈C2827227⑈ ⑆011000390⑆100 5288⑈89          ⑈0003199603⑈

| CHECK NUMBER | OFFICE NO. | | B. CODE | 5-39/110 |
|---|---|---|---|---|
| 02778534 | 311 | LIBERTY MUTUAL | 280 | |

Liberty Mutual

PAY ► $469 63**



BANK OF BOSTON 210 BERKELEY ST BOSTON MA 02116          NOT VALID IN EXCESS OF $150,000

⑈03116808⑈ ⑆011000390⑇100 5288⑈84          ⑈0000486690⑈

| CHECK NUMBER | OFFICE NO. | LIBERTY MUTUAL | B. ROX | 5-39/110 |
|---|---|---|---|---|

CHECK NUMBER
05735430

OFFICE NO.
585

LIBERTY
MUTUAL
Liberty Mutual
Insurance Group/Boston

B. ROX
280

5-39/110

PAYMENT IDENTIFICATION

| DATE OF CHECK | P 585-015539-01 |
|---|---|
| 07/30/93 | |

PAY ▶ $59305.05**

VOID IF NOT PRESENTED WITHIN
6 MONTHS OF DATE OF CHECK

PAY TO THE
ORDER OF

ESIS
701 EAST JOPPA RD.
TW 277 P.O. BOX 6702
TOWSEN, MD 21285

*EJ Williams*

BANK OF BOSTON 210 BERKELEY ST BOSTON MA 02116

NOT VALID IN EXCESS OF $150,000

⑈03135430⑈ ⑆011000390⑇100 5288⑈84          ⑈0005930505⑈

P.O. BOX 1525
DOVER, NH 03820-1525
ATTN: DISBURSEMENTS

LIBERTY
MUTUAL

BANK OF BOSTON 210 BERKELEY ST BOSTON MA 02116

5-39/110



ITT HARTFORD AS SUBROGEE FOR
200 W MADISON ST - 9TH FLOOR
CHICAGO, IL 60660-6

*E.J Williams*

BANK OF BOSTON 210 BERKELEY ST BOSTON MA 02116

NOT VALID IN EXCESS OF $150,000

*03655390* :011000190: 100 5288*89     *0000327226 3*

523 AC 5669S

---

| CHECK NUMBER | OFFICE NO. | | | B. CODE | 5-39/110 |
|---|---|---|---|---|---|
| 03644258 | 033 | LIBERTY MUTUAL  | | 280 | |

Liberty Mutual
Insurance Group/Boston
Mutual Corporation

PAY ▶ $66912.96**

VOID IF NOT PRESENTED WITHIN
6 MONTHS OF DATE OF CHECK

| DATE OF CHECK | | |
|---|---|---|
| 02/22/94 | P 033-138105-01 | |

PAY TO THE
ORDER OF

ESIS INC
701 EAST JOPPA ROAD TW 277
PO BOX 6702
TOWSON, MD 21285-6702

*E.J Williams*

BANK OF BOSTON 210 BERKELEY ST BOSTON MA 02116

NOT VALID IN EXCESS OF $150,000

*03644258* :011000190: 100 5288*89     *0000669129 6*

---

| CHECK NUMBER | OFFICE NO. | | | B. CODE | 5-39/110 |
|---|---|---|---|---|---|
| 03670061 | 535 | LIBERTY MUTUAL  | | 280 | |

Liberty Mutual
Insurance Group/Boston

PAY ▶ $109.05**

VOID IF NOT PRESENTED WITHIN

