# EXHIBIT O

LAW OFFICES
# MILES & STOCKBRIDGE
600 WASHINGTON AVENUE
TOWSON, MARYLAND 21204

TELEPHONE 301-821-6565
FAX 301-823-8123

10 LIGHT STREET
BALTIMORE, MARYLAND 21202

101 BAY STREET
EASTON, MARYLAND 21601

11350 RANDOM HILLS ROAD
FAIRFAX, VIRGINIA 22030

30 WEST PATRICK STREET
FREDERICK, MARYLAND 21701

22 WEST JEFFERSON STREET
ROCKVILLE, MARYLAND 20850

1054 31ST STREET, N.W.
WASHINGTON, D.C. 20007

RICHARD P. KIDWELL
301-823-8244

June 26, 1992

Mr. Alan D. Schlemmer
Claims Examiner, Special Claims
Liberty Mutual Insurance
100 Main Street
P.O. Box 1525
Dover, New Hampshire  03820-1525

    RE:  Mississippi Hearing Loss Litigation

Dear Alan:

    While we were in New Orleans, we discussed meeting to attempt to resolve the issue of coverage for 1964-1970 for Black & Decker.  I suggest that when we meet in Nashville on the allocation issue, we set aside some time to try to resolve the 1964-1970 coverage issue.  Black & Decker's Risk Manager is scheduled to attend the meeting on the 24th, and we can either meet on the 24th or the afternoon of the 23rd when we go to Nashville.

    Please let me know if your schedule is open to this arrangement.

                      Sincerely,

                      Richard P. Kidwell

RPK/amf

cc:  Evelyn W. Marcin
     M. Clayton Roop, Jr.
     Linda McCroddan

006-1640


ATTORNEY CLIENT\
ATTORNEY WORK
PRODUCT PRIVILEGED
AND CONFIDENTIAL