# EXHIBIT T

**THE HOME
INSURANCE
COMPANY**



ONE INDEPENDENCE MALL
615 CHESTNUT STREET
PHILADELPHIA, PA 19106

215-587-5070

Jan. 6, 1994

Mr. Clayton Roop
Director of Corporate Risk Management
Black and Decker
701 E. Joppa Rd., TW 277
Towson, MD 21286

RE:  OUR FILE NUMBER: 181-229962
     INSURED: Black and Decker
     Mississippi hearing loss litigation

Dear Mr. Roop:

Please note that I have assumed the handling of the above-captioned case. When this case was originally assigned to The Home Insurance Company, we were under the impression that there were three policy periods that had limits within the aggregate amount of the policy open for additional claims.

We have now determined that there is only one policy left with remaining limits, that being policy No. GL 1468521, with a policy period of 7-1-84 to 10-1-85.

When the original cost sharing agreement was set up, Home's share was 12.05 percent. With the expiration of the two policies, Home's share should now be 4.17. CIGNA has billed us in the amount of $43,817.45 based upon three policy periods.

We request your authority to enter into a new cost sharing agreement which would place Home's exposure at 4.17 percent, and we also request your authority to pay the billings in the amount of $14,605.83 based on the one policy period.

I would appreciate receiving your response in writing.

Very truly yours,

*Matthew D Refsin*

Matthew D. Refsin
Litigation Specialist

MDR/jgr