# EXHIBIT U

## THE BLACK & DECKER CORPORATION
## MASS TORT CASES
## EXPENSES AS OF 11/30/98

| | TOTAL EXPENSES | LIBERTY MUTUAL REIMBURSEMENT | HARTFORD REIMBURSEMENTS | TWIN CITIES REIMBURSEMENTS | B&D EXPENSES |
|---|---|---|---|---|---|
| MISSISSIPPI VIBRATION | 441,732 | | | | 441,732 |
| MISSISSIPPI HEARING | 1,764,782 | (158,214) | (9,546) | (14,022) | 1,583,000 |
| ARKANSAS HEARING | 744,646 | (13,101) | | | 731,545 |
| MARITIME HEARING | 77,700 | | | | 77,700 |
| ABARCA | 318,583 | | | | 318,583 |
| PENNSYLVANIA BENZENE BOSTIK | 157,536 | | | | 157,536 |
| ALWELL | 95,806 | | | | 95,806 |
| TOTAL | 3,600,784 | (171,315) | (9,546) | (14,022) | 3,405,902 |