# EXHIBIT Z

LAW OFFICES
# MILES & STOCKBRIDGE
10 LIGHT STREET
BALTIMORE, MARYLAND 21202

TELEPHONE 410-727-6464

Page 1
Date 8/25/93
BCA .000085-L?5

Black & Decker (U.S.) Inc.
701 East Joppa Road
Towson MD 21286

PSIV52-0531184

Re:  Vibration Claims--General

------------------------------------------------------------

FOR PROFESSIONAL SERVICES RENDERED July 1, 1993 through
July 31, 1993:

|                            |            |
|----------------------------|-----------:|
| Total Fees                 | $1137.50   |
| TOTAL THIS INVOICE         | $1137.50   |

Please return a copy of this invoice with your remittance. Thank you.

CONFIDENTIAL INFORMATION
SUPP 1-01361

```
Miles & Stockbridge                                          PAGE    36  TA102
BILLING MEMORANDUM, WORK IN-PROCESS                          DATE   8/25/93
PERIOD 0/00/00 - 7/31/93                                     TIME   14:53:38
                                                             MATTER PAGE   1

BILLER:        Bowen, Lowell K.
RESPONSIBLE:   Campbell, Glenn C.
ORIGINATOR:    Campbell, Glenn C.
REQUESTED BY HERRMANN

BDA  .000008                    RE: Vibration Claims—General
Black & Decker (U.S.) Inc.
701 East Joppa Road                  DATE OPENED 6/15/93      BILL MONTHLY
Towson        MD 21286
Corporate

                   FOR PROFESSIONAL SERVICES RENDERED July 1, 1993 through
                   July 31, 1993:
                                          ————— F E E S —————
                                                                                              PAGELN
                                                            HOURS   AMOUNT  H  RATE   PAGELN  FNC ACTION
7/07/93  0925  JFS   Review Complaint; telephone call with Coleman regarding same.  .60  156.00    260.00  3641747
7/08/93  0925  JFS   Review complaint; telephone call with Jim O'Brien; telephone
                     call with Coleman regarding same; analysis of plaintiffs.       .90  234.00    260.00  3640040
7/09/93  0925  JFS   Conference with O'Brien, Gately, Duvall, Campbell regarding
                     status.                                                        1.20  312.00    260.00  3640050
7/12/93  0925  JFS   Telephone calls with Coleman regarding articles; conference
                     with Lockwood regarding document search.                        .90  234.00    260.00  3640064
7/14/93  0760  GCO   Review J. Sweeney materials and enclosures                      .40   80.00    200.00  3641779
7/28/93  0925  JFS   Review new vibration articles; telephone call with McCunney
                     regarding same.                                                1.10  286.00    260.00  3676559
                                                                                   ————  ———————
                                                                                   5.10  1302.00 * 7/93

                                                          TOTAL FEES              5.10  1302.00

                                          ————— E X P E N S E S —————

————————————————————— BILLING INSTRUCTIONS ———————————————————
                                                         BILL    PRIMARY          D  REMAINDER  INVOICE
                         ————UNBILLED————                THRU    CD C/H/             DISPOSITION  DATE   MULTI-
LAST TIME ENTRY  NAME    HOURS     AMOUNT    TKPR        DATE    W/K/O    AMOUNT  E II   W/BLANK  MMDDYY INV # MATTER

8/11/93  Sweeney, John F.  4.70   1222.00    0925       7/28/93                                F D
8/23/93  Duvall, G. C.      .40     80.00    0760       7/14/93    80.00                       F D          7/28/93
                                             ......             ........                      F D          7/28/93
                                             ......             ........                      F D          7/28/93
                          ————   ————————
TOTAL BILLABLE FEES       5.10   1302.00
```

CONFIDENTIAL INFORMATIO
SUPP 1-01362

The page is a faint, rotated photocopy of a law firm billing/matter status report for Miles & Stockbridge, biller Bowen, Lowell R., client Black & Decker (U.S.) Inc., RE: Vibration Claims—General, page 37, dated 8/25/93.

```
BILLER:   Bowen, Lowell R.                 Miles & Stockbridge              PAGE      37  TA102
BUA .000088                        RE: Vibration Claims--General            DATE      8/25/93
Black & Decker (U.S.) Inc.                                                  TIME      14:53:38
                                                                            MATTER PAGE    2

--------------------------------BILLING INSTRUCTIONS----------------------------------
                              BILL   PRIMARY           D  REMAINDER  INVOICE
GROUP           UNBILLED      THRU   CD C/M/           F  F DISPOSITION DATE
CODE  DESCRIPTION  AMOUNT FNC DATE   W/R/O—AMOUNT—     E  H— W/BLANK    AMOUNT— INV & MATTER
                   ........ ....  0/00/00  ..  ......  E  D  ......                 **
                                                                                    **
                   ........ ....  0/00/00  ..  ......  E  D  ......                 **

TOTAL BILLABLE EXPENSES           .00

TOTAL BILLABLE AMOUNT        1302.00

MEMORANDUM: FEES BEYOND CUTOFF .. HOURS   .20  AMOUNT    52.00  LAST ENTRY 8/03/93
            EXPENSES BEYOND CUTOFF                       5.00  LAST ENTRY 8/02/93

---------------------------------TRUST ACCOUNTS----------------------------------
---------------------------------INVOICE SUMMARIES-------------------------------
------------------------ACCOUNTS RECEIVABLE AGING FOR- 8/25/93------------------
---------------------------------MATTER STATISTICS------------------------------
                    YEAR TO DATE    LIFE TO DATE                      YEAR TO DATE   LIFE TO DATE
HOURS RELIEVED                           .00      EXPENSES RELIEVED       .00             .00
FEES RELIEVED            .00             .00      EXPENSES BILLED         .00             .00
FEES BILLED              .00             .00      EXPENSES WRITTEN UP/DOWN .00            .00
FEES WRITTEN UP/DOWN     .00             .00      EXPENSES UNCONFIRMED    .00
FEES UNCONFIRMED         .00
HOURS UNBILLED                          5.10
FEES UNBILLED                        1302.00      EXPENSES UNBILLED                       .00
TOTAL COLLECTIONS        .00                      TOTAL UNBILLED                      1302.00
```

CONFIDENTIAL INFORMATION
SUPP 1-01363

## Forman, Perry, Watkins & Krutz
A Professional Association
Attorneys At Law

Suite 1200
One Jackson Place
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone (601) 960-8600

TAX ID: 64-0925144

BLACK & DECKER (U.S.), INC.              JAN 18, 1994
701 E. JOPPA ROAD
TOWSON, MARYLAND 21204                   PAGE    1

                                         42498   41220

MATTER: HAND ARM VIBRATION SYNDROME

INVOICE FOR SERVICES THROUGH 12/31/93:

| Date | Description | Initials | Hours |
|---|---|---|---|
| 10/25/93 | FHK - REVIEW AND CONSIDER KLEISMET'S DRAFT OF JOINT DEFENSE AGREEMENT; TC TARDY | FHK | .4 |
| 11/17/93 | JDM - LETTER RE: NUMBER OF PLAINTIFFS | JDM | .1 |
| 11/23/93 | LLD - UPDATE PLAINTIFFS INFORMATION ON COMPUTER REGARDING PLAINTIFFS ON HAND-ARM VIBRATION CASE; PREPARE AND PRINT REPORT SHOWING ALL VIBRATION PLAINTIFFS WHO HAVE HEARING LOSS CASES | LLD | 1.0 |
| 11/24/93 | LLD - PREPARE LIST OF FP TOOLS AT INGALLS PER YEAR; PREPARE REPORTS OF EACH GROUP OF HEARING LOSS PLAINTIFF'S EMPLOYMENT DATES; MEETING TO DISCUSS VIBRATION PLAINTIFFS | LLD | .5 |
| 11/24/93 | LLD - UPDATE VIBRATION PLAINTIFF'S FILES | LLD | .5 |
| 11/24/93 | FHK - REVIEW PLAINTIFFS' MOTION TO AMEND, BRIEF, AND DISCOVERY REQUESTS; LETTER TO SWEENEY | FHK | 1.0 |
| 11/29/93 | FHK - REVIEW/CONSIDER MOTION AND BRIEF TO AMEND HL COMPLAINT TO ASSERT HAVS CLAIMS | FHK | .5 |
| 11/29/93 | LLD - UPDATE PLAINTIFFS' FILES; PREPARE REPORT WITH INFORMATION FROM HEARING LOSS CASES | LLD | 2.0 |
| 11/30/93 | LLD - PREPARE REPORTS AND DOCUMENTS REFERRING TO PLAINTIFFS WITH HEARING LOSS CASES | LLD | 2.0 |

|     |                 | HOURS | RATE   | FEE    |
|-----|-----------------|-------|--------|--------|
| LLD | LESLEY L. DENNIS | 6.0   | 65.00  | 390.00 |
| FHK | FRED KRUTZ III  | 1.9   | 140.00 | 266.00 |
| JDM | JANET MCMURTRAY | .1    | 125.00 | 12.50  |

                                    TOTAL FEE         668.50

                                    TOTAL THIS INVOICE  668.50

                                    BALANCE NOW DUE    668.50

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS |
|---|---|---|---|---|
| 668.50 | .00 | .00 | .00 | .00 |

LXXXVII-101              **CONFIDENTIAL INFORMATION**

**Forman, Perry, Watkins & Krutz**
A Professional Limited Liability Company
Attorneys At Law
Suite 1200
One Jackson Place
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone (601) 960-8600
TAX ID: 64-0953477

```
BLACK & DECKER (U.S.), INC.                              APR 15, 1998
701 E. JOPPA ROAD
TOWSON, MARYLAND 21204                                   PAGE        1

                                                         40458  41220


MATTER: HAND ARM VIBRATION SYNDROME


INVOICE FOR SERVICES THROUGH  3/31/98:

1/14/98  FHK - TC JULIE LAWSON                              FHK    .5
1/15/98  FHK - TC JOHN SWEENEY                              FHK    .5
1/16/98  FHK - TC JOHN SWEENEY                              FHK    .3
3/02/98  FHK - PREPARE FOR MEETING IN BALTIMORE; T/C SWEENEY FHK   2.2
3/04/98  FHK - EXTENDED T/C PAUL MINOR RE: STATUS OF SETTLEMENT
               OF OTHER DEFENDANTS AND GETTING US OUT; T/C SWEENEY FHK 1.4
3/31/98  NST - T/C CINDY FREY IN JOHN SWEENEY'S OFFICE      NST   1.0
               RE: EXPERT DOCUMENTS NEEDED (.2); PREPARE
               DOCUMENTS REQUESTED VIA FED EX (.8)

                              HOURS      RATE         FEE
   FHK   FRED KRUTZ III         4.9     165.00      808.50
   NST   NOVLE S. TURNAGE       1.0      65.00       65.00

                                         TOTAL FEE              873.50

EXPENSES:

1/23/98  CHECK # 53395 DISBURSED TO CHOICE COPY SERVICE RE:     449.88
         PHOTOCOPIES

         LONG DISTANCE                                           51.21

                                         TOTAL EXPENSE          501.09

                                         TOTAL THIS INVOICE   1,374.59

                                         BALANCE FORWARD       692.34
                                         ADJUSTMENT  4/08/98   692.34C
                                         BALANCE NOW DUE      1,374.59


     0-30 DAYS      31-60 DAYS     61-90 DAYS    91-120 DAYS    120+ DAYS
     1,374.59            .00            .00           .00            .00
```

SUPP 2 - 1577
CONFIDENTIAL
INFORMATION

Forman, Perry, Watkins & Krutz
A Professional Limited Liability Company
Attorneys At Law
Suite 1200
One Jackson Place
Post Office Box 22608
Jackson, Mississippi 39225-2608
Telephone (601) 960-8600

TAX ID: 64-0353477

CHUBB & SON, INC.

APR 15, 1998

PAGE         1

40077   41710

MATTER: MISSOURI PACIFIC

INVOICE FOR SERVICES THROUGH  3/31/98:

| Date | | Description | | |
|---|---|---|---|---|
| 5/13/97 | FHK | - T/C MARK KINZIE | FHK | .1 |
| 2/11/98 | FHK | - T/C MARK KINZIE | FHK | .2 |
| 3/04/98 | FHK | - REVIEW OUR BRIEF ON ALLOCATION | FHK | .5 |

|  |  | HOURS | RATE | FEE |
|---|---|---|---|---|
| FHK | FRED KRUTZ III | .8 | 150.00 | 120.00 |

TOTAL FEE                       120.00

TOTAL THIS INVOICE              120.00

BALANCE NOW DUE                 120.00

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS |
|---|---|---|---|---|
| 120.00 | .00 | .00 | .00 | .00 |

SUPP 2 - 1578

CONFIDENTIAL INFORMATION



## LAW OFFICES
## MILES & STOCKBRIDGE P.C.
### 10 LIGHT STREET
### BALTIMORE, MARYLAND 21202-1487

TELEPHONE 410-727-6464

```
                                                      Page         1

                                                      Date     11/26/99
                                                      ZBPPT .000501-LRB
The Black & Decker Corporation
701 East Joppa Road
Baltimore MD 21286
                                                      FEI#52-1852131


Re:  Misissippi Vibration Cases

------------------------------------------------------------------------

FOR PROFESSIONAL SERVICES RENDERED October 1, 1999 through
October 31, 1999:

                                     Total Fees              $292.50
                                                            ---------

                              TOTAL THIS INVOICE             $292.50
                                                            =========
```

Please return a copy of this invoice with your remittance. Thank you.

SUPP 2 - 1572    CONFIDENTIAL INFORMATION

```
BILLER:        Bowen, Lowell R.           Miles & Stockbridge P.C.                    PAGE  157 TA182
RESPONSIBLE:   Cattaneo, Robert M.     BILLING MEMORANDUM, WORK-IN-PROCESS             DATE    11/26/99
ORIGINATOR:    Cattaneo, Robert M.        PERIOD 10/01/99 - 10/31/99                   TIME    13.30.48
REQUESTED BY:  HERRMANN                                                                MATTER PAGE    1

  _PPT .000501                         RE:  Mississippi Vibration Cases
    ack & Decker Corporation
      ast Joppa Road
Baltimore            MD  21286
                                       DATE OPENED 12/29/94    BILL MONTHLY
RATE CODE-E                            INVOICE FORMAT BD  - BLACK & DECKER


                   FOR PROFESSIONAL SERVICES RENDERED October 1, 1999 through
                   October 31, 1999:
```

```
-------------------------------------------------F E E S----------------------------------------------
                                                          HOURS     AMOUNT H   RATE  PAGELN FNC ACTION
TOTAL THROUGH   9/30/99                                     .00        .00

10/25/99 0925 JPS  Telephone call w/J. Hovermill regarding vibration dismissal    .30    97.50  325.00 7188568   ......
                   status.
10/28/99 0925 JPS  Telephone calls w/Mr. O'Brien, Mr. Krutz regarding status of   .60   195.00  325.00 7188583   ......
                   vibration cases dismissal.
                                                                                  .90   292.50  * 10/99
                                                                                 ------- ----------
                                              TOTAL FEES                          .90   292.50
```

```
------------------------------------------------E X P E N S E S---------------------------------------
                                                                   AMOUNT H          PAGELN FNC ACTION
TOTAL THROUGH   9/30/99                                               .00
                                                                    ----------
                                              TOTAL EXPENSES          .00
```

```
----------------------------------------BILLING INSTRUCTIONS-------------------------------------------
                                          BILL  PRIMARY            D  REMAINDER INVOICE
  LAST                                    ------UNBILLED------   THRU CD C/M/        F P  DISPOSITION  DATE              MULTI-
  TIME                                    HOURS      AMOUNT TKPR DATE  W/R/O AMOUNT E H  W/BLANK      MMDDYY   INV #   MATTER
  ENTRY   NAME

   -/99  Sweeney, John P.                   .90      292.50 0925 10/28/99 ..  ...... F D      ..       ......  ......    ..
                                          .......  ......... .... 10/28/99 ..  ...... F D      ..       ......  ......    ..
                                          .......  ......... .... 10/28/99 ..  ...... F D      ..       ......  ......    ..
                                          -------  ---------
  TOTAL BILLABLE FEES                       .90      292.50       10/28/99 ..  ...... F D      ..       ......  ......    ..
                                          -------  ---------
```

```
                                          BILL  PRIMARY            D  REMAINDER INVOICE
  GROUP                                  UNBILLED   THRU CD C/M/        F P  DISPOSITION  DATE              MULTI-
  CODE    DESCRIPTION                    AMOUNT FNC DATE  W/R/O AMOUNT E H  W/BLANK      MMDDYY   INV #   MATTER

                                         .......... .... 0/00/00 ..  ...... E D      ..       ......  ......    ..
                                         .......... .... 0/00/00 ..  ...... E D      ..       ......  ......    ..
                                         ----------
  TOTAL BILLABLE EXPENSES                     .00       0/00/00 ..  ...... E D      ..       ......  ......    ..
                                         ----------

            TOTAL BILLABLE AMOUNT          292.50

  MEMORANDUM:  FEES BEYOND CUTOFF    HOURS    .60     AMOUNT  195.00    LAST ENTRY 11/03/99
               EXPENSES BEYOND CUTOFF                 AMOUNT     .27    LAST ENTRY 11/05/99
------------------------------------------TRUST ACCOUNTS-----------------------------------------------
```

SUPP 2 - 1573    CONFIDENTIAL INFORMATION

```
BILLER:   Bowen, Lowell R.                    Miles & Stockbridge P.C.                              PAGE   158  TA182
                                                                                                    DATE     11/26/99
ZBPPT .000501                           RE: Mississippi Vibration Cases                             TIME     13.30.48
The Black & Decker Corporation                                                                      MATTER PAGE    2
---------------------------------------------------INVOICE SUMMARIES---------------------------------------------------
         LAST RECEIPT  INVOICE            FEES      EXPENSES      TOTAL       SERVICE              ADJUSTMENTS
            DATE       NUMBER   HOURS   INVOICED    INVOICED    INVOICED      CHARGES   RECEIPTS   /WRITE-OFFS   BALANCE

 5/28/99    5/28/99    367602     .70     168.00      23.40       191.40         .00     191.40-        .00         .00
11/23/98   11/24/98    357126    2.80     523.00     649.71      1172.71         .00    1172.71-        .00         .00
 7/30/98    7/30/98    350700   86.80   15142.00    1755.73     16897.73         .00   16897.73-        .00         .00
11/25/97   11/25/97    335936  350.50   46500.50    4965.51     51466.01         .00   51466.01-        .00         .00
 7/07/97    7/08/97    326319  294.30   55263.50   10346.74     65610.24         .00   65610.24-        .00         .00
11/29/96   11/30/96    312925  134.80   28118.00    2030.33     30148.33         .00   30148.33-        .00         .00
10/29/96   10/30/96    310463     .00        .00    2634.54      2634.54         .00    2634.54-        .00         .00
 7/31/96    7/30/96    306005   31.50    6767.00     852.54      7619.54         .00    7619.54-        .00         .00
 1/22/96    2/26/96    295661    1.50     267.00    4012.03      4279.03         .00    4279.03-        .00         .00
12/21/95    2/23/96    294161   11.80    1970.50    2544.13      4514.63         .00    4514.63-        .00         .00
11/15/95   12/22/95    292343    2.50     603.50     558.79      1162.29         .00    1162.29-        .00         .00
10/24/95   12/22/95    291198   98.10   17099.50     942.96     18042.46         .00   18042.46-        .00         .00
 9/25/95   10/20/95    289410  106.40   14039.00    4220.30     18259.30         .00   18259.30-        .00         .00

-----------------------------------------ACCOUNTS RECEIVABLE AGING FOR-11/26/99---------------------------------------
---------------------------------------------------MATTER STATISTICS---------------------------------------------------
                         YEAR TO DATE       LIFE TO DATE                             YEAR TO DATE      LIFE TO DATE

HOURS RELIEVED               .70              1570.00
FEES RELIEVED             168.00            263834.50      EXPENSES RELIEVED           23.40             48483.92
FEES BILLED               168.00            262407.50      EXPENSES BILLED             23.40             46659.32
FEES WRITTEN UP/DOWN         .00              1427.00-     EXPENSES WRITTEN UP/DOWN      .00              1824.60-
FEES UNCONFIRMED             .00                  .00      EXPENSES UNCONFIRMED          .00                  .00
HOURS UNBILLED                                    .90
FEES UNBILLED                                  292.50      EXPENSES UNBILLED                                  .00
TOTAL COLLECTIONS         191.40-           309066.82-     TOTAL UNBILLED                                 292.50
```

SUPP 2 - 1574    CONFIDENTIAL INFORMATION